**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

09 DEC 16  PM 2: 10

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| BRITTANY L. McCORMICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: |
| | ) | |
| DON PABLO'S OPERATING, LLC, | ) | **1 : 0 9 -cv- 1 5 3 9 LJM -JMS** |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR DAMAGES AND JURY TRIAL REQUEST**

Comes now the Plaintiff, Brittany L. McCormick, by counsel, and for her Complaint for

Damages and Jury Trial Request states as follows:

**NATURE OF THE CASE**

1.      This is a proceeding for damages against Don Pablo's Operating, LLC (hereafter

"Don Pablo's") to address the deprivation of rights secured to the Plaintiff,

Brittany L. McCormick (hereafter "McCormick"), by Title I of the Americans

with Disabilities Act (hereafter "ADA"), 42 U.S.C. § 12209, *et. seq.* and the ADA

Amendments Act of 2008 (hereafter "ADAAA").

**JURISDICTION AND VENUE**

2.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331, 1343 (4),

2201 and 2202.

3.      McCormick is a United States citizen, and is a resident of the City of Indianapolis,

State of Indiana.

4.      Don Pablo's is a Georgia corporation situated at 150 Hancock Street, Madison,

Georgia 30650.  Don Pablo's is authorized to do business in Indiana, and

routinely does business in Indiana. Don Pablo's owns and operates a particular restaurant situated at 8150 U.S. 31 South, Greenwood, Indiana 46227 (hereafter "restaurant").

5.     Don Pablo's is subject to the jurisdiction of this Court.

6.     Don Pablo's is an "employer" pursuant to the ADA and the ADAAA.

## GENERAL ALLEGATIONS

7.     At all relevant times, McCormick was an employee of Don Pablo's.

8.     To date, McCormick remains an employee of Don Pablo's.

9.     McCormick became a Don Pablo's employee in January 2006. From January 2006 until October 2008, McCormick worked as a hostess at the restaurant.

10.     Bob Kirk (hereafter "Kirk") was, at all relevant times, the manager of the restaurant and McCormick's direct supervisor. Upon information and belief, Kirk became the manager in October 2006.

11.     In December 2006 McCormick asked Kirk if she could become a server in hopes of taking on new duties as well as expanding her income.

12.     In response to McCormick's request, Kirk responded that McCormick was too short to become a server.

13.     On or about May 29, 2008, McCormick renewed her request to become a server.

14.     Kirk once more refused and explained that nothing had changed. Kirk also made disparaging comments about McCormick's height in front of other co-workers.

15.     McCormick suffers from an impairment that substantially limits a major life activity.

16.     McCormick has a record of having an impairment that substantially limits a major

life activity.

17.   Don Pablo's regarded McCormick as having an impairment that substantially limits a major life activity.

18.   On January 26, 2009, McCormick filed a timely Charge of Discrimination with the United States Equal Employment Opportunity Commission under charge number 470-2009-01273 alleging discrimination based on her disability as well as retaliation, and also alleged a continuing violation.

19.   McCormick subsequently received a "right to sue" letter from the United States Equal Employment Opportunity Commission dated October 5, 2009.  A copy of the "right to sue" letter is attached hereto as Exhibit "A."

### COUNT I – DISCRIMINATION

20.   McCormick realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 19 above as set forth fully herein.

21.   McCormick is "disabled" under the ADA and the ADAAA.

22.   McCormick was, at all relevant times, otherwise qualified for a server's position at the restaurant.

23.   McCormick, at all relevant times, could have been accommodated in some way to render her qualified for a server job at the restaurant.

24.   Any accommodation afforded McCormick would not constitute an undue hardship on Don Pablo's.

25.   At all relevant times, McCormick would not pose a direct threat to the health or safety of herself or others had she worked as a server.

26.   Don Pablo's violated the ADA and the ADAAA in denying McCormick access to

a server's position or giving her an opportunity to attempt to become a server.

27. Don Pablo's ratified Kirk's behavior in continuing McCormick's employment as a hostess despite her request to work as a server.

28. Don Pablo's failed to make reasonable accommodations for McCormick in good faith.

Respectfully submitted,

Bradley L. Schulz – 2190549
GOODIN ABERNATHY, LLP
8900 Keystone Crossing, Suite 1100
Indianapolis, IN 46240
Phone: (317) 843-2606
Fax: (317) 574-3095
E-mail: bschulz@gamlawyers.com

## COUNT II – RETALIATION

29. McCormick realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 28 above as set forth fully herein.

30. McCormick alerted Don Pablo's of her desire to work as a server.

31. After McCormick was denied a server's position, she complained to individuals with more authority than Kirk. As a result, Kirk retaliated against McCormick by continuing to refuse to employ her as a server.

32. Even though McCormick eventually became a server, she was subjected to increased scrutiny than were other servers.

33. Don Pablo's actions are in violation of the ADA and the ADAAA.

Respectfully submitted,


Bradley L. Schulz   21905-49
GOODIN ABERNATHY, LLP
8900 Keystone Crossing, Suite 1100
Indianapolis, IN  46240
Phone:  (317) 843-2606
Fax:  (317) 574-3095
E-mail:  bschulz@gamlawyers.com


WHEREFORE, Brittany L. McCormick prays for judgment over and against Don Pablo's

Operating, LLC, as follows:

    a.      awarding back pay and other lost benefits of employment;

    b.      awarding Brittany L. McCormick compensatory and/or punitive damages;

    c.      awarding Brittany L. McCormick the costs of this action, together with reasonable

        attorneys fees;

    d.      granting such other and further relief as the Court deems just and necessary

Respectfully submitted,


Bradley J. Schulz   21905-49
GOODIN ABERNATHY, LLP
8900 Keystone Crossing, Suite 1100
Indianapolis, IN  46240
Phone:  (317) 843-2606
Fax:  (317) 574-3095
E-mail:  bschulz@gamlawyers.com

## REQUEST FOR TRIAL BY JURY

Comes now the Plaintiff, Brittany L. McCormick, by counsel, and requests a trial by jury.


Respectfully submitted,


Bradley J. Schulz - 21905-49
GOODIN ABERNATHY, LLP
8900 Keystone Crossing, Suite 1100
Indianapolis, IN  46240
Phone:  (317) 843-2606
Fax:  (317) 574-3095
E-mail:  bschulz@gamlawyers.com