UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **BRITTANY L. McCORMICK,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) ) Case No. 1:09-cv-01539-LJM-MJD |
| **DON PABLO'S OPERATING, LLC, and RITA RESTAURANT CORP.,** | ) ) ) ) |
| **Defendants.** | ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Brittany L. McCormick, and Defendants, Don Pablo's Operating, LLC and Rita Restaurant Corp., having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by Brittany L. McCormick pursuant to Fed.R.Civ.Pro. 41(a)(1)(ii), with each party to bear her/its own attorneys' fees and costs.

| BRITTANY L. MCCORMICK | DON PABLO'S OPERATING, LLC and RITA RESTAURANT CORP. |
|---|---|
| By: /s/ James R. Browne, Jr. | By: /s/ Michael W. Padgett |
| James R. Browne, Jr. | Michael W. Padgett |
| Goodin Abernathy LLP | Jackson Lewis, LLP |
| 8900 Keystone Crossing, Suite 1100 | 201 North Illinois Street, Suite 1600 |
| Indianapolis, Indiana 46240 | Indianapolis, Indiana 46204 |
| Telephone: (317) 843-2606 | Telephone: (317) 489-6930 |
| jbrowne@gamlawyers.com | padgettm@jacksonlewis.com |
| Attorney for Plaintiff | Attorney for Defendant |

4850-3897-2424, v. 1